UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 10-cr-53-05-JD

Thomas Blank

O R D E R

The assented to motion to reschedule jury trial (document no. 95) filed by defendant Blank is granted. As co-defendant Pafford's counsel orally assented to this motion, trial is continued as to both defendants Pafford and Blank to the two-week period beginning January 18, 2012, 9:30 a.m.

Defendant Blank shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                      */s/ Joseph A. DiClerico, Jr.*
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

Date: November 16, 2011

cc:  Counsel of Record
     U.S. Marshal
     U.S. Probation