UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 10-cr-53-04-JD

Sue Pafford

O R D E R

The assented to motion to reschedule jury trial and cancel plea hearing scheduled for January 17, 2011,(document no. 112) filed by defendant Pafford, is granted in the interest of justice there being an outstanding motion to supress which is in the process of being scheduled, and a transportation issue, which must be resolved, as to one defendant, due to failure of federal statute to make explicit provision for paying return cost for an indigent defendant. As co-defendant Blank assents to this continuance, trial is continued as to both defendants to the two-week period beginning March 20, 2012, 9:30 a.m. Defendant Pafford's plea will be rescheduled.

Defendant Pafford shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                      */s/ Joseph A. DiClerico, Jr.*
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

Date: January 12, 2012

cc: Debra Walsh, Esq.
    Jonathan Saxe, Esq.
    Michael Iacopino, Esq.
    U.S. Marshal
    U.S. Probation